United States Courts Southern District of Texas
FILED
October 5, 2022
Nathan Ochsner, Clerk of Court

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____Houston_____ DIVISION

Redmond J. Howard-Ward
New Litigation Paralegal,
Legal Administrative Assistant,
Civil Litigation / Human
Rights / Veterans Law

~~Redmond~~ Redmond J. Howard-Ward §
§
versus § CIVIL ACTION NO. _____
§
Church of Jesus Christ of §
Latter-Day Saints et al., for §
September 30th Second Anniversary §

ORIGINAL COMPLAINT

Happy Second Anniversary to the Church of Jesus Christ of Latter-Day Saints: the True Church of Jesus Christ! My COMPLAINT is that I'm not sealed in the temple with you ~~yet~~ yet but will in God's time! I am in love, again, with the most true, amazing, unbelievable, and indescribable Church in the whole entire world. Thank you for your $500+ that helped me become a Litigation Paralegal. Thank you for the volunteer hours. Thank you for your father-son-like dinners from a Stake President. I was angry when I was offended in April. Thank you for your encouragement(s) to come back, your apologies if I was hurt, and your Greyhound ticket to return back to you. On Sunday, will be watching General Conference. Happy 2nd Anniversary! I love you so-so much! I can't stand how

October 2022 General Conference    ✕



For information about the General Conference live broadcast, including how to watch, click **Learn More** below.



## Meet with Missionaries

Missionaries would love to meet with you and answer any of your questions. And they come bearing gifts! If you'd like free copies of the Book of Mormon or the Bible, they'd be happy to bring it when they come.



**Meet the Missionaries**
Talk with us



**Discover the Book of Mormon**
Request a free copy



**Study the Book of Mormon with Us**
Request a Book of Mormon study



**Study the Holy Bible with Us**
Request a Bible study

THE CHURCH OF
JESUS CHRIST
OF LATTER-DAY SAINTS



ComeUntoChrist    Libraries ▾   Serve ▾   Living Life ▾   About Us ▾    🔍 🌐 ⋮⋮⋮ 

Believe ▾   Belong ▾   Become ▾   Contact Us ▾



# Request a Book of Mormon

Missionaries will hand-deliver a copy and give you an overview. Or you can read or listen online and we'll visit with you virtually.

Name and email ▾                                                                  1/5

Don't worry. We do not sell your information. To learn more about our privacy practices, please see our Privacy Notice (Updated 2021-04-06).

First Name                                    Last Name

Email

☐ Subscribe to weekly inspiring emails

Continue

## What is the Book of Mormon?

Like the Bible, the Book of Mormon is an ancient record that teaches about Jesus. It answers essential questions that we all have: Is there life after death, what is the purpose of life, and how can I find happiness and peace now? People from all over the world, and from all walks of life, are learning that the Book of Mormon can help us become better people and feel closer to God.

More on the Book of Mormon

Jesus Christ teaches people in the video what is the Book of Mormon

Skip to Main Content



# **CORRESPONDENCE**

Dear United States District Court for the Southern District of Texas, Houston Division,

    Good afternoon: my name is Redmond J. Howard-Ward [PLAINTIFF]. I shall serve as one of your PLAINTIFFs in your courthouse. Please find attached my not legal action not special nationwide announcement that I am in love with the Church of Jesus Christ of Latter-Day Saints. September 30, 2020, is when the missionaries and I had thought then decided we should be an item. Please be advised as to how I am seeking for the Clerk to display my case:

- Caption: Howard-Ward [Mormon] v. Church of Jesus Christ of Latter-Day Saints et al.
    - Plaintiff: Redmond J. Howard-Ward
    - Defendants: Russell M. Nelson [President], and the Quorum of the Twelve Apostles: M. Russell Ballard, Jeffrey R. Holland, Dieter F. Uchtdorf, David A Bednar, Quentin L. Cook, D. Todd Christofferson, Neil L. Andersen, Ronald A. Rasband, Gary E. Stevenson, Dale G. Renlund, Gerrit W. Gong, and Utisses Soares.

    I am having a great vacation and time in the State of Texas. I look forward to working with you with an interest in sharing that the Church of Jesus Christ of Latter-Day Saints is the true Church of Jesus Christ. Read the Book of Mormon alongside the Bible as hand-and-hand. Stick to the Doctrine and Covenants, Articles of Faith, and any other applicable foundations that are considered biblical, or similar.

Sincerely,

Redmond J. Howard-Ward, *Litigation Paralegal and (New) Legal Administrative Assistant*
Civil Litigation | Human Rights | Veterans Law
P: (385) 895-1975
E: redmond.proverbs1522@gmail.com