

United States Courts
Southern District of Texas
FILED

OCT 31 2022

Nathan Ochsner, Clerk of Court

## NOTICE OF DISMISSAL

Dear United States District Court for the Southern District of Texas, Houston Division,

    Thank you to Judge Andrew S. Hanen for GRANTING the PLAINTIFF's IFP. This CORRESPONDENCE serves as a NOTICE OF DISMISSAL and a request for the United States District Court for the Southern District of Texas to DISMISS Howard-Ward v. Church of Jesus Christ of Latter-Day Saints (4:22-mc-01677) without prejudice.

Sincerely,

Redmond J. Howard-Ward, Litigation Paralegal

Civil Litigation | Human Rights | Veterans Law

_____/s/_____

P: 385-895-1975

E: redmond.proverbs1522@gmail.com