United States District Court
Southern District of Texas
**ENTERED**
November 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Redmond J. Howard-Ward, | § | |
| | § | |
| v. | § | C.A. Action H-22-3503 |
| | § | |
| Church of Jesus Christ of | § | |
| Latter Day Saints, | § | |

## ORDER

Pursuant to the Notice of Dismissal filed on October 31, 2022, the above referenced case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 2nd day of November, 2022.

DAVID HITTNER
United States District Judge